UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80221-CIV-CANNON/Brannon

HOWARD COHAN,

    Plaintiff,

v.

IMPROV CITY PLACE, INC.,
a Florida Profit Corporation d/b/a
Copper Blues,

    Defendant.
_____/

### ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Renewed Joint Stipulation of Dismissal with Prejudice [ECF No. 16].  Pursuant to Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing."  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is **CLOSED**, effective May 4, 2021, the date the parties filed their Renewed Joint Stipulation of Dismissal with Prejudice.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. All deadlines are **TERMINATED**.

3. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs and fees.

**DONE AND ORDERED** in Fort Pierce, Florida this 5th day of May 2021.

                                                      AILEEN M. CANNON
                                                     UNITED STATES DISTRICT JUDGE

cc: counsel of record